```
                                        SO ORDERED.
```

**TIFFANY & BOSCO**
P.A.

**Dated: April 18, 2011**



**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-11475

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jennifer Lynn Gonzalez<br>       Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>       Movant,<br>  vs.<br><br>Jennifer Lynn Gonzalez, Debtor, Russell A. Brown, Trustee.<br><br>       Respondents. | No. 2:10-BK-12195-RTB<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #14) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 21, 2007 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Jennifer Lynn Gonzalez has an interest in, further described as:

> Unit 103, TESORO AT GREENFIELD, A CONDOMINIUM, according to the Condominium Declaration recorded in Document No. 2007-0782452, First Amendment recorded in Document No. 2007-0811211, and thereafter Certificate of Amendment recorded in Document No. 2007-0919303, and plat recorded in Book 905 of Maps, Page 20, records of Maricopa County, Arizona;
>
> TOGETHER WITH an undivided interest in the common elements as set forth in said Declaration and as designated on said Plat.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with the Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against the Debtor if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.